(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)



FILED
RICHARD W. NAGEL
CLERK OF COURT
2018 SEP 12 PM 3:28
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

CARLOS A MILLER

**Plaintiff(s)**

**3:18 cv 310**

Case No.

WALTER H. RICE

vs.

OHIO

SHARON L. OVINGTON

**Defendants(s)**

### APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions: In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.**

**I. Are you employed?**   Yes_____   No__X__
   **A. If you answered "Yes":**
      (1) What is the name and address of your employer
      _____
      _____
      _____

      (2) How much do you earn per month?
      _____

   **B. If you answered "No"**
      (1) Have you ever been employed?   Yes__X__   No_____
      If yes, what was the last year and month you were
      employed? __1998_____
      How much did you earn a month?__100.00_____

**II. What is your marital status?**
   Single__X__         Married_____      Widowed_____            Divorced_____
   **A. If you answered "Married":**
      (1) Is your spouse employed? Yes_____      No_____
      If yes, how much does your spouse earn each month?
      $_____

**III. Do you have any dependents?**   Yes_____   No__X__
   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|-------------|--------|
|      |             |        |
|      |             |        |
|      |             |        |

**IV. Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**   Yes__X__   No_____
   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| Social Security | 274.00 |  | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

V. Do you have any cash on hand or money in a savings, checking, or other account?
Yes__X__     No____

   A. If you answered "Yes", state the combined total amount:
   $__480.00__

VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?
Yes____     No__X__
   A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:

| Creditor | Amount Owed | Creditor | Amount Owed |
|---|---|---|---|
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |
| | $ | | $ |

VIII. State your address and telephone number where the Court can reach you.

1101 SUMMIT ROAD
CINCINNATI, OHIO 45231

I declare under penalty of perjury that the above information is true and correct.

8-21-2018     CARLOS A MILLER
Date          Signature of Applicant

-3-